JS 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES H. THOMAS, an individual, and LLOYD WAITE, JR.   ) <br>  ) <br>    Plaintiffs,   ) <br>  ) <br>    v.   ) <br>  ) <br>FEDEX FREIGHT, INC., et al.,   ) <br>  ) <br>    Defendants.   ) <br>  ) <br>_____ | Case No.: CV-12-00822 DSF (OPx) <br><br><br>JUDGMENT |

This action came on for hearing on September 30, 2013, the Honorable Dale S. Fischer, District Judge, Presiding. The Court ordered that summary judgment be entered in favor of Defendant. The arguments and evidence having been presented and fully considered, the issues having been heard, and a decision having been rendered,

IT IS ORDERED AND ADJUDGED that Plaintiffs take nothing, that the action be dismissed with prejudice, and that Defendant recover the costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920.

Dated: _____        9/30/13

_____
Dale S. Fischer
United States District Judge